UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 13  P 2: 11
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| CUSTOM SPORTS APPAREL, INC.,<br><br>Plaintiff,<br><br><br>SQUIRES HIGHTECH CORPORATION<br>and WILLIAM SQUIRES, JR.,<br>individually and as an officer of<br>Squires Hightech Corporation,<br><br>Defendants. | CIVIL ACTION<br>NO. 301CV421 (AWT)<br><br><br><br><br><br><br><br>Dated: February 11, 2004 |

## MOTION FOR WITHDRAWAL OF APPEARANCES

Peter T. Cobrin, Robert J. Hess, Clyde A. Shuman and Oren J. Warshavsky, hereafter referred to as Defendants attorneys, move this Court as follows:

To grant Withdrawal of Appearances pursuant to Local Rule 7(e).

The attorneys, Clyde A Shuman, Oren J. Warshavsky, Peter T. Cobrin and Robert J. Hess, of Gibbons, Del Deo, Dolan, Griffinger & Vecchione (hereafter "New York" attorneys) representing the defendant Squires Hightech and William Squires, Jr. in the above captioned litigation request leave of court to withdraw as counsel.

Local Rule 7 (e) provides:

**(e) Withdrawal of Appearances.**
Withdrawal of appearances may be accomplished only by leave of Court on motion duly noticed, and normally shall not be granted except upon a showing

- 1 -

that other counsel has appeared or that the party has elected to proceed pro se, and that the party whose counsel seeks to withdraw has received actual notice by personal service or by certified mail of the motion to withdraw. In cases where the party has failed to engage other counsel or file a pro se appearance, where good cause exists for permitting the withdrawal by the appearing counsel, the Court may grant the motion to withdraw the appearance after notice to the party that failure to either engage successor counsel or file a pro se appearance will result in the granting of the motion to withdraw and may result in a dismissal or default being entered against the party.

The defendants Squires Hightech and William Squires, Jr. are currently represented by Daniel A Benjamin of Benjamin & Gold, 350 Bedford Street, Suite 403, Stamford, CT 06901 in this litigation. The defendants have failed to engage other counsel or file a pro se appearance.

Good cause for withdrawal is for the following reasons:

(1) Prior to April 1, 2002, Squires Hightech was represented by the New York attorneys who were with the firm of Cobrin & Gittes, which no longer engages in the practice of law. After April 1, 2002, the New York attorneys joined the firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, which has offices in New York and New Jersey, but not in Connecticut. The defendants have not fully paid a significant amount of the legal bills owed to Cobrin & Gittes in connection with this litigation. Also, defendants have not paid any of the legal bills owed to Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C. in connection with this litigation, although the amounts owed are much less than that owed to Cobrin & Gittes. The non-payment is years past due.

(2) During the course of the litigation and after the New York attorneys joined Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., the Court ordered the litigation

stayed so that parties could pursue arbitration. During the arbitration, the defendants were represented by Arkansas counsel. The New York attorneys did not participate in the arbitration proceeding.

(3) After the New York attorneys joined Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C. and before commencement of the arbitration, the New York attorneys requested leave of court to withdraw as counsel because of defendant's non-payment of legal fees, but the Court refused to grant the request at that time.

WHEREFORE, Defendants' attorneys pray that this Motion be granted.

Respectfully submitted,

Defendant's attorneys for
SQUIRES HIGHTECH CORPORATION
and WILLIAM T. SQUIRES

Dated: February 11, 2004    By: /s/ Robert J. Hess

Peter T. Cobrin, Esq.
Robert J. Hess, Esq.
Clyde A. Shuman, Esq.
Oren J. Warshavsky, Esq.
GIBBONS, DEL DEO, DOLAN, GRIFFINGER
& VECCHIONE
One Pennsylvania Plaza
New York, New York 10119-3701
Phone: (212) 647-4900
Fax:    (212) 333-5980

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CUSTOM SPORTS APPAREL, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>SQUIRES HIGHTECH CORPORATION )<br>and WILLIAM SQUIRES, JR., )<br>individually and as an officer of )<br>Squires Hightech Corporation, )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 301CV421 (AWT) |

## ORDER GRANTING WITHDRAWAL OF APPEARANCES

On motion duly noticed, withdrawal of appearances is granted for Peter T. Cobrin, Robert J. Hess, Clyde A. Shuman and Oren J. Warshavsky, with respect to the captioned civil action.

So ordered.

Dated: _____

U.S.D.J.

## CERTIFICATE OF SERVICE BY MAIL

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I, the undersigned, certify that on this 11th day of February, 2004, true copies of the foregoing **MOTION FOR WITHDRAWAL OF APPEARANCES** was deposited with the United States Postal Service as first class mail, postage prepaid, addressed to the attorneys for Plaintiff, as follows:

> George D. Royster
> Thomas J. Finn
> Halloran & Sage LLP
> One Goodwin Squire
> 225 Asylum Street
> Hartford, CT 06103

> Daniel A. Benjamin, Esq.
> Benjamin & Gold
> 350 Bedford Street, Suite 403
> Stamford, CT 06901

_____
Robert J. Hess

## CERTIFICATE OF SERVICE BY CERTIFIED MAIL

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I, the undersigned, certify that on this 11th day of February, 2004, true copies of the foregoing **MOTION FOR WITHDRAWAL OF APPEARANCES** was deposited with the United States Postal Service as certified mail, postage prepaid, addressed to the defendant Squires Hightech and defendant William Squires, Jr., as follows:

> William Squires, Jr
> William Squires, Sr. c/o
> Squires Hightech
> 1 Gregory Place
> Norwalk, CT 06885-2609

*/s/ Robert J. Hess*
Robert J. Hess