FILED

2004 FEB 17 P 2: 13

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CUSTOM SPORTS APPAREL, INC., | : | CIVIL ACTION<br>3:01CV00421(AWT) |
| Plaintiff; | : | |
| v. | : | |
| SQUIRES HIGHTECH, ET AL. | : | |
| Defendant. | : | FEBRUARY 12, 2004 |

### APPEARANCE

Please enter my appearance as attorney for the plaintiff, Custom Sports Apparel, Inc., in addition to other counsel on record, in the above-entitled case.

Dated at Hartford, Connecticut on this 12th day of February, 2004.

THE PLAINTIFF,
CUSTOM SPORTS APPAREL, INC.

By: _____
Brian D. Rich
Fed. Bar #ct24458
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, Connecticut 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

      This is to certify that on this 12th day of February, 2004, I hereby mailed a copy of the foregoing to:

Clyde A. Shuman, Esq.
Oren J. Warshavsky, Esq.
Peter T. Cobrin, Esq.
Robert J. Hess, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701

Daniel A. Benjamin, Esq.
Benjamin & Gold
350 Bedford Street, Suit 403
Stamford, CT 06901

                                                                                  _____
                                                                                   Brian D. Rich

180145.1(HS-FP)

One Goodwin Square        HALLORAN        Phone (860) 522-6103
225 Asylum Street        & SAGE LLP        Fax (860) 548-0006
Hartford, CT 06103                                       Juris No. 26105