UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CUSTOM SPORTS APPAREL, INC., | : | CIVIL ACTION |
| | : | 3:01CV00421(AWT) |
| Plaintiff | : | |
| v. | : | |
| SQUIRES HIGHTECH, ET AL. | : | |
| Defendant. | : | FEBRUARY 18, 2004 |

**OBJECTION TO MOTION TO WITHDRAW APPEARANCE
AND INCORPORATED MEMORANDUM OF LAW**

On February 11, 2004, Robert J. Hess of Gibbons, DelDeo, Dolan, Griffinger & Vecchione filed a Motion to Withdraw his appearance, as well as the appearances of Clyde A. Shuman and Oren J. Warshavsky on behalf of Squires Hightech, et al. Until this time, Gibbons, DelDeo, Dolan, Griffinger & Vecchione appeared for Squires Hightech, et al.

The undersigned plaintiff files this objection to the above-mentioned Motion to Withdraw Appearance to the extent that such a withdrawal will delay this matter. The Plaintiff is currently attempting to locate and seize assets of the Defendant to satisfy the judgment of this Court dated April 15, 2003. To date, the Plaintiff has encountered great difficulty in locating the Defendant or its corporate officers at all. Plaintiff seeks to

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

depose corporate officers and representatives for the purpose of finding and eventually recovering such assets in satisfaction of the debt owing as a result of the Court's judgment.

Although courts have permitted withdrawal in the context of a client's failure to pay attorneys' fees, courts have also found that a significant factor in granting permission for such withdrawal is whether "the prosecution of the suit is likely to be disrupted by the withdrawal of counsel." *Vachula v. General Electric Capital Corporation*, 199 F.R.D. 454, 458 (D. Conn. 2000). Indeed, many courts have refused to permit such withdrawal where, as here, the action is in a late stage of proceedings. See *Malarkey v. Texaco, Inc.*, 1989 WL 88709, at *2 (S.D.N.Y. 1989)(denying counsel's motion to withdraw where case was ready for trial); *Rophaiel v. Aiken Murray Corp.*, 1996 WL 306457, *2 (denying motion to withdraw where the granting would render it easy for the defendant to stall proceedings). As the *Vachula* court noted in the context of that case, this is not a case (nor has counsel alleged) where "the client has refused to answer any of counsel's phone calls or attempts to reach him to discuss the case." Cf. *Tower Factory Outlet v. Textilimpex-Tricot*, 1994 WL 411528 (N.D.N.Y. 1994).

In the instant case, judgment has already been entered in favor of the Plaintiff in this action. Defendant's assets must now be located and seized, as appropriate. Permitting counsel to withdraw at this late stage of the action would work an injustice on all parties by inevitably delaying the progress of the litigation through the Defendants

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

being left without complete counsel to properly advise them of their obligations to comply with such discovery requests.  Further, as the counsel which seeks withdrawal has been Defendant's primary contact in this regard, the deficiency is not fully cured through its withdrawal and leaving this action in the hands of local counsel.  As such, given the vast damage that could be done through permitting such withdrawal, it is necessary that counsel not be permitted to undertake this action and continue with its representation of the Defendant to proceed with this claim.   As the Court previously determined that withdrawal of these attorneys, premised on non-payment of legal fees was not appropriate at that time, equity requires that the Court make a similar determination at this time.

     WHEREFORE, the undersigned respectfully requests this court sustain the plaintiff's Objection to the Motion to Withdraw Appearance.

THE PLAINTIFF,
CUSTOM SPORTS APPAREL, INC.

By_____
Brian D. Rich of
HALLORAN & SAGE LLP
Fed. Bar #ct04230
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Its Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 18th day of February, 2004, a copy of the foregoing was sent via certified mail to all counsel of record:

**Clyde A. Shuman, Esq.**
**Oren J. Warshavsky, Esq.**
**Peter T. Cobrin, Esq.**
**Robert J. Hess, Esq.**
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701

**Daniel A. Benjamin, Esq.**
Benjamin & Gold PC
350 Bedford Street, Suit 403
Stamford, CT 06901

_____
Brian D. Rich

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105