UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 20 P 12: 00

DISTRICT COURT
HARTFORD, CT.

CUSTOM SPORTS APPAREL, INC.,

    Plaintiff,

CIVIL ACTION
NO. 301CV421 (AWT)

SQUIRES HIGHTECH CORPORATION
and WILLIAM SQUIRES, JR.,
individually and as an officer of
Squires Hightech Corporation,

    Defendants.

Dated: February 19, 2004

## MOTION TO QUASH SUBPOENAS SERVED ON DEFENDANTS

Plaintiff's attorneys filed subpoenas on Defendants Squires Hightech and William Squires, Jr. for purposes of taking deposition of William Squires, Sr. and William Squires Jr. Plaintiff moves to quash the subpoenas on two separate grounds.

(1) Both William Squires, Jr. and William Squires, Sr. have been previously deposed for seven hours each. Under Title 28 of the Federal Rules of Civil Procedure, Rule 30(d)(2), unless otherwise authorized by the court or stipulated by the parties, a deposition is limited to one day of seven hours. The defendants have not so stipulated and the taking of further deposition testimony has not been authorized by the court.

(2) Plaintiff Custom Sports Apparel, Inc. has a revoked corporate charter. This is the second time in this litigation that the Plaintiff's attorneys filed motions in the name of the Plaintiff at a time when the corporate charter of the Plaintiff was revoked. The first

time is after the Plaintiff's corporate charter was revoked on December 31, 2003.

WHEREFORE, Defendants pray that this Motion be granted.

Respectfully submitted,

Defendant's attorneys for
SQUIRES HIGHTECH CORPORATION
and WILLIAM T. SQUIRES

Dated: February 19, 2004        By: /s/ Robert Hess

Peter T. Cobrin, Esq.
Robert J. Hess, Esq.
Clyde A. Shuman, Esq.
Oren J. Warshavsky, Esq.
GIBBONS, DEL DEO, DOLAN, GRIFFINGER
& VECCHIONE
One Pennsylvania Plaza
New York, New York 10119-3701
Phone: (212) 647-4900
Fax:    (212) 333-5980

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CUSTOM SPORTS APPAREL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. 301CV421 (AWT) |
| | ) | |
| SQUIRES HIGHTECH CORPORATION and WILLIAM SQUIRES, JR., individually and as an officer of Squires Hightech Corporation, | ) | |
| | ) | |
| Defendants. | ) | Dated: February 19, 2004 |

**NOTICE OF MOTION TO QUASH SUBPOENAS SERVED ON DEFENDANTS AND NOTICE OF MOTION FOR PROTECTIVE ORDER**


Daniel Benjamin (Fed. Bar No. CT07512)
BENJAMIN & GOLD P.C.
350 Bedford Street
Stamford, CT 06901
Phone: (203) 425-8500

GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE
Peter T. Cobrin, Esq. (Fed. Bar No. CT22550)
Robert J. Hess, Esq. (Fed. Bar No. CT22577)
Oren J. Warshavsky, Esq. (Fed. Bar No. CT22551)
Clyde A. Shuman, Esq. (Fed. Bar No. CT22552)
One Pennsylvania Plaza, 37th floor
New York, New York 10119-3701
Phone:(212) 649-4700
Fax: (212) 333-5980

PLEASE TAKE NOTICE THAT as such time as the Court shall schedule, attorneys for Defendants shall move before the Court for an Order Quashing the subpoenas served on defendants for the taking of the deposition of William Squires, Sr., William Squires, Jr. and Donald Smith.

PLEASE TAKE NOTICE THAT as such time as the Court shall schedule, attorneys for Defendants shall move before the Court for a Protective Order.

PLEASE TAKE NOTICE THAT the Court, in its discretion, may enter the proposed form of Orders submitted herewith if you do not object in writing to both the Clerk of the Court and the moving party prior to the return of the instant motion.

PLEASE TAKE FURTHER NOTICE THAT the moving party shall rely upon the accompanying Memorandum of Law In Support of Defendants' Motion to Quash Subpoenas Served on Defendants, Declaration of Robert J. Hess in Support of Defendant's Motion To Quash Subpoenas Served on Defendants, as well as other pleadings and memoranda on file.

Respectfully submitted,

Defendant's attorneys for
SQUIRES HIGHTECH CORPORATION
and WILLIAM T. SQUIRES

Dated: February 19, 2004
       New York, New York

By: /s/ Robert Hess

Peter T. Cobrin, Esq. (Fed. Bar CT22550)
Robert J. Hess, Esq. (Fed. Bar CT22577)
Clyde A. Shuman, Esq. (Fed. Bar CT22551)
Oren J. Warshavsky, Esq. Fed. Bar CT22552)
GIBBONS, DEL DEO, DOLAN, GRIFFINGER
& VECCHIONE
One Pennsylvania Plaza, 37th floor
New York, New York 10119-3701
Phone: (212) 649-4700
Fax:   (212) 333-5980

## CERTIFICATE OF SERVICE BY OVERNIGHT COURIER

I, the undersigned, certify that on this 19th day of February, 2004, a true copy of the foregoing

NOTICE OF MOTION TO QUASH SUBPOENAS SERVED ON DEFENDANTS AND FOR PROTECTIVE ORDER, MOTION FOR PROTECTIVE ORDER; ORDER GRANTING DEFENDANT'S PROTECTIVE ORDER, MOTION TO QUASH SUBPOENAS SERVED ON DEFENDANTS; ORDER GRANTING MOTION TO QUASH SUBPOENAS SERVED ON DEFENDANTS, DECLARATION OF ROBERT J. HESS IN SUPPORT OF DEFENDANTS' MOTION TO QUASH SUBPOENAS SERVED ON DEFENDANTS AND IN SUPPORT OF MOTION FOR PROTECTIVE ORDER, MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO QUASH SUBPOENAS SERVED ON DEFENDANTS AND FOR PROTECTIVE ORDER.

was sent by overnight courier to:

> Thomas J. Finn, Esq.
> George Royster, Esq.
> Brian D. Rich, Esq.
> Halloran & Sage LLP
> One Goodwin Square
> 225 Asylum Street
> Hartford, CT 06103

*/s/ Robert Hess*
Robert Hess

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CUSTOM SPORTS APPAREL, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>SQUIRES HIGHTECH CORPORATION )<br>and WILLIAM SQUIRES, JR., )<br>individually and as an officer of )<br>Squires Hightech Corporation, )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 301CV421 (AWT) |

## ORDER GRANTING MOTION TO QUASH SUBPOENAS SERVED ON DEFENDANTS

On Defendants' motion duly noticed, and having considered supporting papers submitted in support of Defendants' motion, and the Court having considered timely opposition thereto, and good cause having been shown, Defendant's motion to quash Subpoenas is granted with respect to the captioned civil action.

Ordered that all Subpoenas served on Defendants or counsel for Defendants between December 31, 2003 and February 19, 2004 are quashed.

So ordered

Dated: _____
U.S.D.J.