UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 20  P 12: 00

| | |
|---|---|
| CUSTOM SPORTS APPAREL, INC., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | NO. 301CV421 (AWT) |
| ) | |
| SQUIRES HIGHTECH CORPORATION ) | |
| and WILLIAM SQUIRES, JR., ) | |
| individually and as an officer of ) | |
| Squires Hightech Corporation, ) | |
| ) | |
| Defendants. ) | Dated: February 19, 2004 |

**DECLARATION OF ROBERT J. HESS IN SUPPORT OF DEFENDANTS' MOTION TO QUASH SUBPOENAS SERVED ON DEFENDANTS AND IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

Daniel Benjamin (Fed. Bar No. CT07512)
BENJAMIN & GOLD P.C.
350 Bedford Street
Stamford, CT 06901
Phone: (203) 425-8500

GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE
Peter T. Cobrin, Esq. (Fed. Bar No. CT22550)
Robert J. Hess, Esq. (Fed. Bar No. CT22577)
Oren J. Warshavsky, Esq. (Fed. Bar No. CT22551)
Clyde A. Shuman, Esq. (Fed. Bar No. CT22552)
One Pennsylvania Plaza, 37th floor
New York, New York 10119-3701
Phone (212) 649-4700
Fax (212) 333-5980

I,   Robert J. Hess, hereby state as follows:

1.  I am a director with the law firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, counsel to the Defendants in this action, and I submit this declaration in support of Defendants' motion to dismiss for lack of subject matter jurisdiction and Opposition to Plaintiff's motion for disclosure of assets and Plaintiff's application for prejudgment remedy against Defendants Squires Hightech Corporation and William Squires, Jr.

2.  On May 16, 2001, Plaintiff took the deposition of William Squires, Sr. for one day of seven hours.

3.  On May 17, 2001, Plaintiff to the deposition of William Squires, Jr. for one day of seven hours.

4.  Attached hereto as Exhibit A is a true copy of Plaintiff's Subpoenas that command the appearance of William Squires, Sr., William Squires, Jr. and Donald Smith at depositions scheduled to be taken.

5.  Attached hereto as Exhibit B is a true copy of Defendant's counsel letter dated February 11, 2004 to Plaintiff's attorney.

6.  Attached hereto as Exhibit C is a true copy of correspondence dated February 12, 2004 to Defendant's attorney from Plaintiff's attorneys.

7.  Attached hereto as Exhibit D is a true copy of email dated February 17, 2004 from Plaintiff's counsel to Defendant's counsel.

8.  Attached hereto as Exhibit E is a true copy of a faxed letter dated February 18, 2004 from Defendant's counsel to Plaintiff's counsel.

9.  Attached hereto as Exhibit F is a true copy of status information downloaded from a website of the Secretary of State's office in the State of Arkansas indicating that their

records show that the corporate charter of CUSTOM SPORTS APPAREL INC was revoked on 12/31/2003.

Dated: February 19, 2004
New York, New York

Robert J. Hess
Defendants' Attorney