HALLORAN
& SAGE LLP

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CUSTOM SPORTS | : | CIVIL ACTION |
| APPAREL, INC., | : | 3:01CV00421(AWT) |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| SQUIRES HIGHTECH, ET AL. | : | |
| | : | |
| Defendant. | : | FEBRUARY 23, 2004 |

## OBJECTION TO MOTION TO QUASH

Plaintiff, Custom Sports Apparel, Inc., by and through the undersigned counsel, hereby objects to Defendants' Motion to Quash and incorporates by reference all legal and factual arguments raised in Plaintiff's Memorandum of Law In Opposition to Motion to Quash dated February 23, 2004.

A copy of Plaintiff's Memorandum of Law and the Affidavit of Brian D. Rich are attached hereto.

WHEREFORE, Custom Sports Apparel, Inc. objects to Defendants' Motion to Quash.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

        THE PLAINTIFF,
        CUSTOM SPORTS APPAREL, INC.

By_____
    George D. Royster, Jr.
    Fed Bar #ct04230
    Brian D. Rich
    Fed. Bar #ct24458 of
    HALLORAN & SAGE LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    Its Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 23rd day of February, 2004, a copy of the foregoing was sent via overnight mail to all counsel of record:

**Clyde A. Shuman, Esq.**
**Oren J. Warshavsky, Esq.**
**Peter T. Cobrin, Esq.**
**Robert J. Hess, Esq.**
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701

**Daniel A. Benjamin, Esq.**
Benjamin & Gold PC
350 Bedford Street, Suit 403
Stamford, CT 06901

                                              George D. Royster

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105