UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CUSTOM SPORTS APPAREL, INC., | : | CIVIL ACTION |
| | : | 3:01CV00421(AWT) |
| Plaintiff | : | |
| v. | : | |
| SQUIRES HIGHTECH, ET AL. | : | |
| Defendant. | : | FEBRUARY 23, 2004 |

## DECLARATION OF BRIAN D. RICH

I, Brian D. Rich of the law firm of Halloran & Sage LLP, hereby state as follows:

1. I am an associate with the law firm of Halloran & Sage, counsel to the Plaintiff in the above-entitled action, and I submit this declaration in support of Plaintiff's Memorandum In Opposition to Defendants' Motion to Quash and Motion for Protective Order submitted in this action.

2. Counsel for the Plaintiff, the law firm of Halloran & Sage, caused post-judgment interrogatories to be served on the Defendants on December 9, 2003. A copy of those interrogatories, as well as the Marshal's return indicating service, are attached hereto as Exhibit A.

3. To date, no response has been received to those Interrogatories.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

4. As a result, Attorney George D. Royster of my law firm caused subpoenas to be issued and served on the Defendants to cause them to testify concerning any postjudgment assets of the Defendants. See Hess Decl., Exh. A.

5. On February 12, 2004, in response to a communication directed to Attorney George Royster of Halloran & Sage, I sent a communication to Defendants' counsel requesting that their clients appear for the noticed depositions and suggested that the parties stipulate to such depositions. Hess Decl., Exh. C.

6. On or about February 17, 2004, I spoke with Attorney Daniel Benjamin, local counsel for the Defendants. At that time, Mr. Benjamin informed me that the deponents were not certain as to whether they would be attending their noticed depositions, but that he would inform me by Friday, February 20, 2004.

7. In that same February 17, 2004 conversation, Attorney Benjamin informed me that William T. Squires, Jr. had received the subpoena and that he would be attempting to direct the subpoena to William T. Squires, Sr.

8. On February 17, 2004, I sent an e-mail communication to Attorney Robert J. Hess representing the Defendants. See Hess Decl., Exh. D.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

9. On February 18, 2004, Attorney Hess responded to my e-mail communication with a letter in which he suggested that I misrepresented Attorney Benjamin's position as to his client's willingness to attend the depositions and indicated that I should withdraw the subpoenas directed to his clients.  See Hess Decl., Exh. E.

10. On February 18, 2004, Attorney Benjamin informed me that his clients would not be appearing for these depositions.

11. On February 18, 2004, I sent the attached communication to Attorney Hess and Attorney Benjamin explaining my position to them and informing them that my firm would not be withdrawing the subpoenas and indicated that we would contest a Motion to Quash.   That letter is attached hereto as Exhibit B.

12. The corporate charter for Custom Sports Apparel, Inc. was reinstated as of February 23, 2004.

I declare, under penalty of perjury, that to the best of my knowledge, information and belief, the foregoing is true and correct.

Dated:   February 23, 2004
         Hartford, Connecticut 06103

                                        _____
                                        Brian D. Rich
                                        Attorney for Plaintiff

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105