UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
                                :
CUSTOM SPORTS APPAREL, INC.,    :
                                :
     Plaintiff,                 :
                                :
v.                              :   Civil No. 3:01CV00421(AWT)
                                :
SQUIRES HIGHTECH CORP. and      :
WILLIAM SQUIRES, JR.,           :
individually and as an officer  :
of Squires Hightech Corp.,      :
                                :
     Defendants.                :
                                :
-------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

     This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

 X    A ruling on the following motions, which are currently pending: <u>Motion to Quash Subpoenas Served on Defendants (Doc. #104) and Motion for Protective Order (Doc. #105)</u> (orefm.)

\_\_\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_\_\_ Other:_____ (orefmisc./misc)

     It is so ordered.

     Dated this _____ day of <u>February</u>, 2004, at Hartford, Connecticut.

                                                /s/
                                     Alvin W. Thompson
                              United States District Judge