UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 13 P 2: 11
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| CUSTOM SPORTS APPAREL, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SQUIRES HIGHTECH CORPORATION<br>and WILLIAM SQUIRES, JR.,<br>individually and as an officer of<br>Squires Hightech Corporation,<br><br>    Defendants. | CIVIL ACTION<br>NO. 301CV421 (AWT)<br><br><br><br><br><br><br><br>Dated: February 11, 2004 |

### MOTION FOR WITHDRAWAL OF APPEARANCES

Peter T. Cobrin, Robert J. Hess, Clyde A. Shuman and Oren J. Warshavsky, hereafter referred to as Defendants attorneys, move this Court as follows:

To grant Withdrawal of Appearances pursuant to Local Rule 7(e).

The attorneys, Clyde A Shuman, Oren J. Warshavsky, Peter T. Cobrin and Robert J. Hess, of Gibbons, Del Deo, Dolan, Griffinger & Vecchione (hereafter "New York" attorneys) representing the defendant Squires Hightech and William Squires, Jr. in the above captioned litigation request leave of court to withdraw as counsel.

Local Rule 7 (e) provides:

**(e) Withdrawal of Appearances.**
Withdrawal of appearances may be accomplished only by leave of Court on motion duly noticed, and normally shall not be granted except upon a showing

- 1 -

*[Handwritten margin note, left side:] DENIED for substantially the same reasons set forth in the plaintiff's objection. It is so ordered.*
*Alvin W. Thompson, U.S.D.J.*
*Hartford, CT 2/ /04*