UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CUSTOM SPORTS APPAREL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> SQUIRES HIGHTECH CORPORATION ) <br> and WILLIAM SQUIRES, JR., ) <br> individually and as an officer of ) <br> Squires Hightech Corporation, ) <br> ) <br> Defendants. ) <br> _____) | CIVIL ACTION <br> NO. 301CV421 (AWT) <br><br><br><br><br><br><br><br> Dated: February 23, 2004 |

**DECLARATION OF ROBERT J. HESS IN SUPPORT OF REPLY BRIEF TO PLAINTIFF'S OBJECTION TO MOTION TO WITHDRAW APPEARANCE AND INCORPORATED MEMORANDUM OF LAW**


Daniel Benjamin (Fed. Bar No. CT07512)
BENJAMIN & GOLD P.C.
350 Bedford Street
Stamford, CT 06901
Phone: (203) 425-8500

GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE
Peter T. Cobrin, Esq. (Fed. Bar No. CT22550)
Robert J. Hess, Esq. (Fed. Bar No. CT22577)
Oren J. Warshavsky, Esq. (Fed. Bar No. CT22551)
Clyde A. Shuman, Esq. (Fed. Bar No. CT22552)
One Pennsylvania Plaza, 37th floor
New York, New York 10119-3701
Phone (212) 649-4700
Fax (212) 333-5980

I,    Robert J. Hess, hereby state as follows:

1.    I am a director with the law firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, counsel to the Defendants in this action, and I submit this declaration in support of Defendant's Reply Brief to Plaintiff's Objection to Motion to Withdraw Appearance and Incorporated Memorandum of Law.

2.    Attached hereto as Exhibit A is a true copy of status information downloaded from a website of the Secretary of State's office in the State of Arkansas indicating that their records show that the corporate charter of CUSTOM SPORTS APPAREL INC was revoked on 12/31/2003.

Dated: February 23, 2004
New York, New York

_____
Robert J. Hess
Defendants' Attorney

# EXHIBIT A



### Search Incorporations, Cooperatives, Banks and Insurance Com

| | |
|---|---|
| Corporation Name | CUSTOM SPORTS APPAREL INC |
| Fictitious Names | N/A |
| Filing # | 100153455 |
| Filing Type | For Profit Corporation |
| Filed under Act | Dom Bus Corp; 958 of 1987 |
| Status | Revoked 12/31/2003 |
| Principal Address | |
| Reg. Agent | RAVI M. WADHWANI |
| Agent Address | 424 S. MAIN ST |
| | HAMBURG, AR 71646 |
| Date Filed | 12/04/1997 |
| Officers | RAVI WASHDWANI, President |
| Foreign Name | N/A |
| Foreign Address | |
| State of Origin | N/A |



State Capitol, Rm 256
Little Rock, AR 72201
501-682-1010
Email

Use your brower's back button to return to the Search Results

Begin New Search

Site Map | Accessibility Policy | Privacy Statement | Security Statement