## CERTIFICATE OF SERVICE BY OVERNIGHT COURIER

I, the undersigned, certify that on this 23rd day of February, 2004, a true copy of the foregoing

**REPLY BRIEF TO OBJECTION TO MOTION TO WITHDRAW APPEARANCE AND INCORPORATED MEMORANDUM OF LAW AND DECLARATION OF ROBERT J. HESS IN SUPPORT OF REPLY BRIEF TO OBJECTION TO MOTION TO WITHDRAW APPEARANCE AND INCORPORATED MEMORANDUM OF LAW.**

was sent by overnight courier to:

>Thomas J. Finn, Esq.
>George Royster, Esq.
>Brian D. Rich, Esq.
>Halloran & Sage LLP
>One Goodwin Square
>225 Asylum Street
>Hartford, CT 06103

_/s/ Robert Hess_
Robert Hess