UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CUSTOM SPORTS APPAREL, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>SQUIRES HIGHTECH CORPORATION )<br>and WILLIAM SQUIRES, JR., )<br>individually and as an officer of )<br>Squires Hightech Corporation, )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 301CV421 (AWT)<br><br><br><br><br><br>Dated: February 24, 2004 |

**DEFENDANTS' WITHRAWAL OF ASSERTED BASIS IN MOTIONS REGARDING PLAINTIFF'S LACK OF CAPACITY TO SUE AS CONCERNS (1) DEFENDANTS' MOTION TO QUASH SUBPOENAS SERVED ON DEFENDANTS AND (2) DEFENDANTS' REPLY BRIEF TO PLAINTIFF'S OBJECTION TO MOTION TO WITHDRAW APPEARANCE AND INCORPORATED MEMORANDUM OF LAW**

Daniel Benjamin (Fed. Bar No. CT07512)
BENJAMIN & GOLD P.C.
350 Bedford Street
Stamford, CT 06901
Phone: (203) 425-8500

Peter T. Cobrin, Esq. (Fed. Bar No. CT22550)
Robert J. Hess, Esq. (Fed. Bar No. CT22577)
Oren J. Warshavsky, Esq. (Fed. Bar No. CT22551)
Clyde A. Shuman, Esq. (Fed. Bar No. CT22552)
GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE
One Pennsylvania Plaza, 37th floor
New York, New York 10119-3701
Phone: (212) 649-4700
Fax: (212) 333-5980

The Defendants filed a **MOTION TO QUASH SUBPOENAS SERVED ON DEFENDANTS** and filed a **REPLY BRIEF TO PLAINTIFF'S OBJECTION TO MOTION TO WITHDRAW APPEARANCE AND INCORPORATED MEMORANDUM OF LAW.**

One basis asserted in support of both motions was that the corporate charter of Plaintiff had been revoked since December 31, 2003 and thus Plaintiff lacked the capacity to sue.

Plaintiff has advised Defendants that its corporate charter was reinstated with retroactive effect on February 23, 2004. In view of this development, the asserted basis in support of both motions that pertain to Plaintiff lacking the capacity to sue because of a revoked corporate charter is hereby withdrawn. The rest of the bases in the motions remain and are unaffected by this withdrawal of the one basis.

Respectfully submitted,

Defendant's attorneys for
SQUIRES HIGHTECH CORPORATION
and WILLIAM T. SQUIRES

Dated: February 24, 2004
　　　　New York, New York

By: _____

Peter T. Cobrin, Esq. (Fed. Bar CT22550)
Robert J. Hess, Esq. (Fed. Bar CT22577)
Clyde A. Shuman, Esq. (Fed. Bar CT22551)
Oren J. Warshavsky, Esq. Fed. Bar CT22552)
GIBBONS, DEL DEO, DOLAN, GRIFFINGER
& VECCHIONE
One Pennsylvania Plaza, 37th floor
New York, New York 10119-3701
Phone: (212) 649-4700
Fax:　　(212) 333-5980

## CERTIFICATE OF SERVICE BY REGULAR MAIL

I, the undersigned, certify that on this 24th day of February, 2004, a true copy of the foregoing **DEFENDANTS' WITHRAWAL OF ASSERTED BASIS IN MOTIONS REGARDING PLAINTIFF'S LACK OF CAPACITY TO SUE AS CONCERNS (1) DEFENDANTS' MOTION TO QUASH SUBPOENAS SERVED ON DEFENDANTS AND (2) DEFENDANTS' REPLY BRIEF TO PLAINTIFF'S OBJECTION TO MOTION TO WITHDRAW APPEARANCE AND INCORPORATED MEMORANDUM OF LAW** was sent by regular mail to:

>Thomas J. Finn, Esq.
>George Royster, Esq.
>Brian D. Rich, Esq.
>Halloran & Sage LLP
>One Goodwin Square
>225 Asylum Street
>Hartford, CT 06103

*/s/ Robert J. Hess*
Robert J. Hess

- 3 -