Civil (April 12, 2004)

HONORABLE D.F. Martinez

DEPUTY CLERK R.K. Wood    RPTR/ERO TAPE S. Bowles

TOTAL TIME: ___ hours **30** minutes

DATE **4/28/04**    START TIME **10:28 a.m.** END TIME **10:59 a.m.**

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Custom Sports**    CIVIL NO. **3:01 CV 421 (AWT)**

§
§
§                                          _____
§                                          Plaintiffs Counsel
vs.                     § ☑ SEE ATTACHED CALENDAR FOR COUNSEL
§
**Squires Hightech, et al.**    §
§                                          _____
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ Motion Hearing **(Telephonic)**     ☐ Show Cause Hearing
☐ Evidentiary Hearing                ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

**MOTION**
**DOCUMENT NO.**

| | | | |
|---|---|---|---|
| ☑ ... # **104** | Motion **to quash** | ☐ granted ☐ denied ☑ advisement |
| ☑ ... # **105** | Motion **for Protective order** | ☐ granted ☐ denied ☑ advisement |
| ☐ ... # ___ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ... # ___ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ... # ___ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ... # ___ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ... # ___ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted ☐ denied ☐ advisement |

☐ ....... ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

☐ ....... _____ ☐ filed ☐ docketed
☐ ....... _____ ☐ filed ☐ docketed
☐ ....... _____ ☐ filed ☐ docketed
☐ ....... _____ ☐ filed ☐ docketed
☐ ....... _____ ☐ filed ☐ docketed
☐ ....... _____ ☐ filed ☐ docketed
☐ ....... _____ ☐ filed ☐ docketed
☐ ....... _____ ☐ filed ☐ docketed
☐ ....... _____ ☐ filed ☐ docketed
☐ ....... _____ ☐ filed ☐ docketed

☐ ........ _____ Hearing continued until _____ at _____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Amended
Miscellaneous Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

April 28, 2004

10:15 a.m.

The motion(s) listed below will be heard at oral argument. The
scheduling of a motion for oral argument does not relieve the
opposing party of its obligation to file responsive papers. If no
response has been filed 21 days after the filing of the motion,
the motion may be granted and oral argument cancelled. See D.
Conn., L. Civ. R. 9.

CASE NO. **3:01CV421 (AWT)**    **Custom Sports v. Squires Hightech, et al.**

Telephonic Oral Argument on Defendant's Motion to Quash
(doc.#104) & Motion for Protective Order (doc.#105).

    COUNSEL OF RECORD:

Daniel A. Benjamin                Benjamin & Gold
                                  350 Bedford St., Ste 403
                                  Stamford, CT 06901
                                  203-425-8500
                                  203-425-8600 (fax)
                                  DAB@Benjamingold.com

Patrick M. Birney                 Halloran & Sage
                                  One Goodwin Sq., 225 Asylum St.
                                  Hartford, CT 06103
                                  860-297-4626
                                  860-548-0006 (fax)
                                  birney@halloran-sage.com

Peter T. Cobrin                   Gibbons, Del Deo, Dolan, Griffinger
                                  & Vecchione
                                  One Pennsylvania Plaza, 37th Fl.
                                  New York, NY 10119-3701
                                  212-649-4700

Robert J. Hess ✓

Gibbons, Del Deo, Dolan, Griffinger
& Vecchione
One Pennsylvania Plaza, 37th Fl.
New York, NY 10119-3701
212-649-4700

Andrew D. Moore

Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103
860-522-6103

Brian D. Rich ✓

Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103
860-522-6103
rich@halloran-sage.com

George D. Royster, Jr. ✓

Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103
860-522-6103
royster@halloran-sage.com

Clyde A. Shuman

Gibbons, Del Deo, Dolan, Griffinger
& Vecchione
One Pennsylvania Plaza, 37th Fl.
New York, NY 10119-3701
212-649-4700

Oren J. Warshavsky

Gibbons, Del Deo, Dolan, Griffinger
& Vecchione
One Pennsylvania Plaza, 37th Fl.
New York, NY 10119-3701
212-649-4700

*Please note-atty. R. Hess will initiate the call to chambers.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK