UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 MAY 21  P 1:04
U.S. DISTRICT COURT
HARTFORD, CT.

CUSTOM SPORTS APPAREL, INC.,

    Plaintiff,

v.

SQUIRES HIGHTECH, ET AL.,

    Defendants.

CASE NO. 3:01CV421(AWT)

### RULING ON DEFENDANTS' MOTION TO QUASH AND MOTION FOR A PROTECTIVE ORDER

The plaintiff, Custom Sports Apparel ("Custom Sports"), commenced this breach of contract action against Squires Hightech Corporation ("Squires Hightech") and William Squires, Jr. The court entered judgment in favor of Custom Sports as to the corporate defendant, Squires Hightech. (Doc. #100.) Custom Sports now seeks postjudgment discovery pursuant to Fed. R. Civ. P. 69(a). Custom Sports served deposition subpoenas and requests for production on William Squires Sr. and William Squires Jr., corporate officers of Squires Hightech. Pending before the court are the defendants' motion to quash (doc. #104) and motion for protective order (doc. #105). The motions are GRANTED in part and DENIED in part as follows.

The witnesses may be deposed for another seven (7) hours each. See Fed. R. Civ. P. 30(d)(2). On the present record, the court grants the defendants' request that the plaintiff not inquire into the deponents' personal finances because it has not made a

threshold showing of the necessity or relevance of such an inquiry.[1] See Integrated Control Systems, Inc. v. Ellcon-National, Inc., No. 3:00CV1295(PCD), 2002 WL 32506289, at *1 (D. Conn. May 21, 2002); Trustees of North Florida Operating Engineers Health and Welfare Fund v. Lane Crane Service, Inc., 148 F.R.D. 662, 664 (M.D.Fla. 1993). The depositions and production of documents shall be completed by June 16, 2004.

The parties are reminded of their meet and confer obligations under both the federal and local rules of procedure to resolve any differences and present to the court only those issues of discovery that are necessary for the full weight of judicial authority.

SO ORDERED at Hartford, Connecticut this 21st day of May, 2004.

Donna F. Martinez
United States Magistrate Judge

---

[1] This is not to say that Custom Sports will not later be able to make such a showing and be permitted to make such an inquiry.

2